UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | Crim. No. 06-903 (KSH) |
| v. | : | |
| | : | ORDER AND JUDGMENT |
| JUAN PORTER, | : | |
| a/k/a "Lamar Porter," | : | |
| a/k/a "Yum Yum" | : | |

The Court having presided over the defendant's guilty plea to Violation Number 1 of the Violation Petition charging him with violating the terms of supervised release by committing another federal, state, or local crime, and concurrent sentencing hearing, it is hereby ORDERED that:

1. Defendant is adjudged GUILTY of violating the terms of his supervised release;

2. Defendant's supervised release is REVOKED;

3. Defendant is sentenced as follows:

   A. Defendant is sentenced to a term of twenty-four (24) months' imprisonment and is remanded to the custody of the Bureau of Prisons to serve this sentence; and

   B. Following release, defendant is discharged from supervision and the Court will not reimpose another term of supervision.

4. Defendant is REMANDED to begin service of sentence of immediately.

5. The government's motion to dismiss the remaining violations in the petition is GRANTED.

_____
HON. KATHARINE S. HAYDEN
United States District Judge

Dated: September 26, 2012